IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22300

ROLANDO HERNANDEZ,
and VICTOR DAVALOS AMARO,
individually and on behalf of all others
similarly situated,

       Plaintiffs,

 v.

PROGRESSIVE AMERICAN
INSURANCE COMPANY, and
PROGRESSIVE EXPRESS
INSURANCE COMPANY,

       Defendants.
_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT PROGRESSIVE EXPRESS
INSURANCE COMPANY'S PARTIAL MOTION TO DISMISS PLAINTIFF
DAVALOS AMARO'S CLAIMS RELATED TO SALES TAX**

Plaintiffs Rolando Hernandez, and Victor Davalos Amaro, ("Plaintiffs"), by and through

undersigned counsel, hereby notice this Court of the entry of the August 22, 2019 Order entered

in *Paris et al. v. Progressive Amer. Ins. Co., et al.*, S.D. Fla. Case No. 19-21761-CIV-Dimitrouleas,

a copy of which is attached as *Exhibit 1*. That Order supports the arguments in Plaintiffs'

Opposition to Defendant Progressive Express Insurance Company's Partial Motion to Dismiss

Plaintiff Davalos Amaro's Claims Related to Sales Tax.  (D.E. 22.)

Respectfully submitted on this August 23, 2019, by:

1

*/s/ Joshua R. Levine*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
Jeff Ostrow
Florida Bar No. 121452
ostrow@kolawyers.com
Jonathan Streisfeld
streisfeld@kolawyers.com
Florida Bar No. 117447
Joshua R. Levine
levine@kolawyers.com
Florida Bar No. 91807
One West Las Olas, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

**NORMAND PLLC**
Jacob Phillips, Esq.
Florida Bar No. 120130
jacob.phillips@normandpllc.com
Ed Normand, Esq.
Florida Bar No. 865590
ed@ednormand.com
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: (407) 603-6031

**EDELSBERG LAW, PA**
Scott Edelsberg
Florida Bar No. 100537
scott@edelsberglaw.com
Jordan D. Utanski
Florida Bar No. 119432
utanski@edelsberglaw.com
19495 Biscayne Blvd. #607
Aventura, FL 33180
Telephone: (305) 975-3320

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: (305) 479-2299
Facsimile: (786) 623-0915

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed

with the Clerk of Court by using the CM/ECF system this 23rd day of August 2019, which will

cause a notice of electronic filing to be served upon all counsel of record.

*/s/ Joshua R. Levine*
Joshua R. Levine

2